IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONYA MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-746-ECM |
| ) | |
| CIRCLE K, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 25, 2025, the Magistrate Judge entered a Recommendation (doc. 11) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 11) is ADOPTED;

2. Defendant Circle K's motion to compel arbitration (doc. 7) is GRANTED, and this case is STAYED pending further Order of the Court so the parties may submit to arbitration;

3. **On or before September 15, 2025**, the Plaintiff shall commence arbitration proceedings;

4. The parties shall file joint status reports informing the Court of the status of arbitration **every ninety days, on or before the fifth day of each month, beginning on January 1, 2026**;

2

5.  The parties shall also file a joint status report **no later than twenty-one days after the conclusion of the arbitration proceedings**;

6.  This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 15th day of August, 2025.

                                          /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE